NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAOT-25-0000408
24-JUN-2025
08:47 AM
Dkt. 5 ODSLJ

NO. CAOT-25-0000408

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


JOHN MICHAEL WRIGHT HUFFMAN, Petitioner, vs.
FAMILY COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I, Respondent,
and THE HONORABLE NATASHA R. SHAW, DISTRICT FAMILY JUDGE OF THE
DISTRICT FAMILY COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I;
THE HONORABLE LYNNE T.T. TOYOFUKU, DISTRICT FAMILY JUDGE OF THE
DISTRICT FAMILY COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I;
THE HONORABLE COURTNEY N. NASO, DISTRICT FAMILY JUDGE OF THE
DISTRICT FAMILY COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I,
Respondent Judges


ORDER
(By: Leonard, Acting Chief Judge, Hiraoka, Wadsworth, JJ.)

Upon review of the record, the court finds that self-represented Petitioner John Michael Wright **Huffman**'s May 16, 2025 "Petition for Writ of Mandamus (Original Proceeding)" does not notice an appeal from an appealable decree, order, or judgment entered by the Family Court of the First Circuit in 1FUJ-24-0000033. Rather, it appears to seek affirmative relief in the nature of a writ of mandamus, which the Hawai'i Supreme Court has exclusive, original jurisdiction to grant. Hawai'i Revised Statutes § 602-5(a)(3) (2016). Therefore, IT IS HEREBY ORDERED that case No. CAOT-25-0000408 is dismissed for lack of jurisdiction without prejudice to Huffman filing a petition for writ of mandamus in the Hawai'i Supreme Court.

Dated: Honolulu, Hawai'i June 24, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge